```
                    FILED
           CLERK, U.S. DISTRICT COURT

                 FEB 21 2013

           CENTRAL DISTRICT OF CALIFORNIA
           BY            AE         DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>          v.<br><br>Marco Antonio Contreras<br><br>    Defendant. | Case No. CR11-1213-GHK<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

On arrest warrant issued by the United States District Court for the Central District of Cal. involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (X) the appearance of defendant as required; and/or

   B. (X) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

A. (X) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: continued use of controlled substances

B. (X) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: continued use of controlled substances, no bail resources

IT IS ORDERED that defendant be detained.

DATED: 2-21-13

_____SH Segal_____
United States Magistrate Judge

2