FILED
CLERK, U.S. DISTRICT COURT
APR 29 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-1213-GHK-2 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | |
| MARCO ANTONIO CONTRERAS | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//
//

The court concludes:

A.  (✓)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will comply with conditions of release. Also, defendant's criminal history, multiple probation violations and on-going substance abuse present a danger to the community._

(B)  (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply w/ conditions of release. Also, defendant's lack of bail resources/ sureties, ongoing substance abuse, failure to report, probation violations indicate that he is a risk of flight._

IT IS ORDERED that defendant be detained.

DATED: 4/29/16

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2